UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**KELVIN STALLION**                                      **CASE NO. 3:25-CV-00169**

**VERSUS**                                                       **JUDGE TERRY A. DOUGHTY**

**ST FRANCIS MEDICAL CENTER ET AL**   **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 28], with Plaintiff Kevin Stallion's written and filed objections to the Magistrate Judge's Report and Recommendation [Doc. No. 29], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED** that Defendant St. Francis Medical Center's ("SFMC") Motion to Dismiss [Doc. Nos. 10; 22] is **GRANTED IN PART** and **DENIED IN PART**.

Insofar as SFMC moves to dismiss Stallion's claims for lack of subject matter jurisdiction, **IT IS ORDERED** that the Motion is **DENIED**.

Insofar as SFMC moves to dismiss Stallion's claims for failure to state a claim, **IT IS ORDERED** that the Motion is **GRANTED**, and Stallion's ADA and § 1983 claims against Defendant, SFMC, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Dr. Mohammad Aly Bakeer's ("Bakeer") Motion to Dismiss [Doc. Nos. 18; 23] is **GRANTED IN PART AND DENIED IN PART**.

Insofar as Bakeer moves to dismiss Stallion's claims for lack of subject matter jurisdiction, **IT IS ORDERED** that the Motion is **DENIED**.

Insofar as Bakeer moves to dismiss Stallion's claims for failure to state a claim, **IT IS ORDERED** that the Motion is **GRANTED**, and Stallion's ADA and § 1983 claims against Defendant Bakeer are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the remaining state law claims against Defendants SFMC and Bakeer are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 17th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE